# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-0867 FMO (ASx) | Date | May 17, 2019 |
|---|---|---|---|
| Title | Lamar Myers v. 001 Smoke Shop, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service of Complaint

Having reviewed plaintiff's Response to Order to Show Case Re: Dismissal for Lack of Prosecution (Dkt. 14), in which plaintiff seeks additional time to serve remaining defendant Manoukian Investments, LLC ("Manoukian"), IT IS ORDERED THAT:

1. Plaintiff shall serve Manoukian no later than **June 5, 2019**, and shall file a proof of service no later than **June 7, 2019**.

2. Plaintiff is admonished that failure to file a proof of service by the June 7, 2019, deadline will result in the action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |