JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR MYERS,<br><br>        Plaintiff,<br><br>        v.<br><br>001 SMOKE SHOP, INC., et al.,<br><br>        Defendants. | Case No. CV 19-0867 FMO (ASx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of June, 2019.

                                                                /s/<br>
                                              Fernando M. Olguin<br>
                                          United States District Judge